UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____,           )  CASE NO. C 08 0045 RMW (PR)
                Plaintiff,         )
         vs.                       )  PRISONER'S
_____,           )  APPLICATION TO PROCEED
                Defendant.         )  IN FORMA PAUPERIS
                                   )

I, Derran Smiley, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _N/A_____

Employer: _____N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS        - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ N/A none _____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or                       Yes ___ No ✓
10         self employment
11    b.   Income from stocks, bonds,                    Yes ___ No ✓
12         or royalties?
13    c.   Rent payments?                                Yes ___ No ✓
14    d.   Pensions, annuities, or                       Yes ___ No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,            Yes ___ No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____
23  3.   Are you married?                                Yes ___ No ✓
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: _____ N/A _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ N/A _____ Net $ ____ N/A _____
28  4.   a.   List amount you contribute to your spouse's support:$ ___ N/A ___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                  - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

None

5. Do you own or are you buying a home?  Yes ___ No ✓
Estimated Market Value: $ None   Amount of Mortgage: $ None

6. Do you own an automobile?  Yes ___ No ✓
Make  No   Year  N/A   Model  N/A
Is it financed? Yes ___ No ✓ If so, Total due: $ None
Monthly Payment: $ None

7. Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
Name(s) and address(es) of bank: N/A

Present balance(s): $ None
Do you own any cash? Yes ___ No ✓ Amount: $ None
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ✓

8. What are your monthly expenses?
Rent: $ None                Utilities: None
Food: $ None                Clothing: None

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |
|  | $ | $ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Restitution and ▓▓▓ amount is ($1,945.00 and beginning balance $2,000.00.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

People V. Smiley A.113874 Court of Appeal
People V. Smiley S.157454 Supreme Court of California

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/24/08                            Quanaa Smiley
DATE                               SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                   - 4 -

Case Number:_____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
[prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
                              Authorized officer of the institution

Envelope scan:

Derran Smiley F-28162
C-4 / cell # 108
Salinas Valley State Prison
P.O. Box 1050
Soledad CA 93960-1060

US District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco CA 94102-9680


