Case 5:08-CV-0045-RMW   Document #...

RECEIVED
RICHARD ...
U.S. DISTRICT COURT
NO. DIST ... SJ

I, Derran Smiley am the petitioner of this civil action in this federal court and I indicate with these documents a clear indication that this information is for the above case number, C 08-0045 RMW (PR).

I also would like to ask that if I can please be informed by the clerk that this information has been received.
        Thank You.

                        Derran Smiley
3/26/08            CDC: F-28162