IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 28 P 2: 55

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Plaintiff,

CASE NO.

v.

Defendant.
_____/

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, __Derran Smiley__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__    Net: __N/A__

Employer: __N/A__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__N/A none__

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

　　a. Business, Profession or    Yes ___ No ✓
　　　　self employment
　　b. Income from stocks, bonds,    Yes ___ No ✓
　　　　or royalties?

1

c. Rent payments? Yes ___ No ✓
d. Pensions, annuities, or life insurance payments? Yes ___ No ✓
e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____N/A_____

3. Are you married?   Yes ___ No ✓

Spouse's Full Name: _N/A_

Spouse's Place of Employment: _N/A_

Spouse's Monthly Salary, Wages or Income:

Gross $ _N/A_  Net $ _N/A_

4. a. List amount you contribute to your spouse's support:

$ _N/A None_

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_None_

5. Do you own or are you buying a home? Yes ___ No ✓

Estimated Market Value: $ _none_  Amount of Mortgage: $ _none_

6. Do you own an automobile? Yes ___ No ✓

Make _N/a_  Year _N/a_  Model _N/A_

Is it financed? Yes ___ No ✓ If so, Total due: $ _N/A_

2

Monthly Payment: $ __None__

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes ___ No ✓

Name(s) and address(es) of bank: __None__

Present balance(s): $ __None__

Do you own any cash? Yes ___ No ✓ Amount: $ __None__

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)
Yes ___ No ✓

8. What are your monthly expenses?

Rent: $ __None__   Utilities: __None__

Food: $ __None__   Clothing: __None__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| N/A | $ N/A | $ N/A |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

__Restitution Balance $1,990.00__ omit __$1,945.00__

__Alameda County Beginning Balance $2,000.00__

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3/27/08
DATE

*Derran Smiley*
SIGNATURE OF APPLICANT

Case 5:08-cv-00045-RMW   Document 6   Filed 03/28/2008   Page 5 of 7

```
REPORT ID: TS3030   .701                                    REPORT DATE: 03/25/08
                                                            PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                             SALINAS VALLEY STATE PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 25, 2008

ACCOUNT NUMBER  : F28162                    BED/CELL NUMBER: FCB4T1000000108U
ACCOUNT NAME    : SMILEY, DERRAN            ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION      COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----    ----   -----------      -------     ---------    --------    -----------    -------

08/01/2007      BEGINNING BALANCE                                                       0.00

08/20   FR01   CANTEEN RETUR    700551                                   3.90-         3.90
10/11*  DD30   CASH DEPOSIT     1037 6953                 13.50                       17.40
10/15   FC03   DRAW-FAC 3       1065 C5                                 17.40          0.00
11/07   FR01   CANTEEN RETUR    701273                                  17.40-        17.40
11/07   FC03   DRAW-FAC 3       1276 C5                                 17.40          0.00
11/27*  DD30   CASH DEPOSIT     1433 7089                  9.00                        9.00
12/14   FR01   CANTEEN RETUR    701588                                  17.40-        26.40
12/17   FC03   DRAW-FAC 3       1593 C-5                                26.40          0.00
        ACTIVITY FOR 2008
01/14   FR01   CANTEEN RETUR    701813                                   5.25-         5.25
01/15   W516   LEGAL COPY CH    1846 LCOPY                               5.25          0.00


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/12/06                    CASE NUMBER: *149560
COUNTY CODE: *ALA                           FINE AMOUNT: $   2,000.00

   DATE       TRANS.      DESCRIPTION                    TRANS. AMT.     BALANCE
   ----       ------      -----------                    -----------     -------

08/01/2007    BEGINNING BALANCE                                         1,970.00

10/11/07      DR30        REST DED-CASH DEPOSIT           15.00-        1,955.00
11/27/07      DR30        REST DED-CASH DEPOSIT           10.00-        1,945.00

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.      *


                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS      WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------      --------      -----------     -------       -------      ------------

    0.00          22.50           22.50          0.00          0.00           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                0.00
```

```
REPORT ID: TS3030  .701                                              REPORT DATE: 03/25/08
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                               SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: AUG. 01, 2007 THRU MAR. 25, 2008


              TOTAL NUMBER OF STATEMENTS PRINTED:                          1

        TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:                   0.00
```

Derran Smiley-F-28162
C-4/cell#108
Salinas Valley State Prison
P.O. Box 1050
Soledad CA 93960-1060

STATE PRISON
GENERATED MAIL

LEGAL

Office Of The Clerk, U.S.
Northren Distrit Of California
280 South First Street, Room 2112
San Jose, California 95113-3095