EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JOAN KILLEEN
Deputy Attorney General
State Bar No. 111679
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5968
 Fax: (415) 703-1234
 Email: Joan.Killeen@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DERRAN SMILEY,** | C 08-0045 RMW (PR) |
| Petitioner, | |
| v. | |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

**RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

| | |
|---|---|
| **DERRAN SMILEY,** | C 08-0045 RMW (PR) |
| Petitioner, | **RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME** |
| v. | |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

19    Respondent respectfully requests that this Court grant a sixty (60) day extension of time,

20 to and including August 26, 2008, to file the answer in this case. Respondent has made no prior

21 request for an extension of time.

22    As set forth in the accompanying Declaration of Counsel, counsel for respondent needs

23 sixty (60) days to complete and file the answer. Respondent does not believe petitioner will be

24 prejudiced by this request.

Respondent's Ex Parte Application For First Extension Of Time - C 08-0045 RMW (PR)
1

1 | Wherefore, respondent respectfully requests that this Court grant this application for an
2 | extension of time.
3 | Dated: June 26, 2008
4 | Respectfully submitted,
5 | EDMUND G. BROWN JR.
Attorney General of the State of California
6 | DANE R. GILLETTE
Chief Assistant Attorney General
7 | GERALD A. ENGLER
Senior Assistant Attorney General
8 |
9 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
10 |
11 | /s/ Joan Killeen
JOAN KILLEEN
12 | Deputy Attorney General
13 | Attorneys for Respondent

Respondent's Ex Parte Application For First Extension Of Time - C 08-0045 RMW (PR)

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DERRAN SMILEY,** | C 08-0045 RMW (PR) |
| Petitioner, | |
| v. | |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE
APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
   **DERRAN SMILEY,**                              C 08-0045 RMW (PR)
14
                              Petitioner,          **DECLARATION OF**
15                                                 **COUNSEL IN SUPPORT OF**
        v.                                         **RESPONDENT'S EX PARTE**
16                                                 **APPLICATION FOR FIRST**
   **MIKE EVANS, Warden,**                         **EXTENSION OF TIME**
17
                              Respondent.
18

19         I, Joan Killeen, declare under penalty of perjury that:

20         I am a Deputy Attorney General of the State of California and am admitted to practice law

21  in this state and before this Court.  I have been assigned to represent respondent and to prepare the

22  answer in this case.  Respondent has made no previous request for an extension of time.

23         On April 28, 2008, this Court issued an Order to Show Cause, directing respondent to file

24  an answer to the petition for writ of habeas corpus within sixty days.

25         I request an additional sixty days from the present due date to prepare and file the answer.

26  This request is not made for the purpose of delay.  In the past sixty days, I filed the answers to the

27  petitions for writ of habeas corpus in *Cruz v. Subio*, C 07-4329 JSW, and *Hawkins v. Dexter*, C 08-

28

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 08-0045
RMW (PR)

1

1087 SI (PR), a motion to dismiss the petition for writ of habeas corpus in *Monroe v. Adams*, CIV S-08-0558 MCE DAD P, a reply to the opposition to a motion to dismiss the petition for writ of habeas corpus in *McCord v. Warden*, C 07-5217 CRB, and the respondent's briefs in *People v. Luna*, H031666, and *People v. Ary*, 113020. I am currently working on the respondent's brief in *People v. Terwilligar*, A119000, a case with a reporter's transcript over 1,800 pages long and a clerk's transcript over 1,450 pages long. In addition, I have to file the respondent's brief in *People v. Gonzalez*, H032193, and the answers to the petitions for writ of habeas corpus in *Tamboura v. Ayers*, C 08-1143 JF, and *Nordlof v. Clark*, C 07-4899 MMC, before beginning work on the answer in this case.

Petitioner raises six claims for relief in connection with his 2006 convictions for kidnapping to commit rape and five counts of rape. The reporter's transcript of the trial is over 1,580 pages long and the clerk's transcript is over 420 pages long.

In light of my current work load, the number of claims raised by petitioner, and the necessity of reviewing the lengthy trial record to address those claims, I will be unable to prepare and file the answer by the current due date.

I have not contacted petitioner in this case because he is a state prisoner proceeding pro se.

Executed on June 26, 2008, at San Francisco, California.

/s Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 08-0045 RMW (PR)
2

1
2
3
4
5
6
7

8        IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10       SAN JOSE DIVISION

11
| **DERRAN SMILEY,** | C 08-0045 RMW (PR) |
| --- | --- |
| Petitioner, | **[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **MIKE EVANS, Warden,** | |
| Respondent. | |

17    GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and
18  including August 26, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may
19  file a reply within (30) days after the answer has been filed and served.
20    DATED: _____

21
22                                    _____
                                      RONALD M. WHYTE
23                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28

# DECLARATION OF SERVICE

Case Name: **Smiley v. Evans, Warden**                    No.: **C 08-0045 RMW (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 30, 2008**, I placed the attached **1) RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; 2) DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME; and 3) [PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

Derran Smiley
F-28162
Salinas Valley State Prison
P. O. Box 1050
Soledad, CA  93960

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 30, 2008**, at San Francisco, California.

| L. SORENSEN | /s/ L. Sorensen |
|---|---|
| Typed Name | Signature |