*E-FILED - 7/23/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **DERRAN SMILEY,** | C 08-0045 RMW (PR) |
| Petitioner, | **[ ORDER GRANTING** |
| v. | **FIRST EXTENSION OF TIME TO** |
| **MIKE EVANS, Warden,** | **FILE ANSWER** |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including August 26, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: _____ 7/22/08 _____

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE