Smiley V. Evans
Assigned to: Hon. Ronald M. Whyte
Civil Case #: 08-CV-0045-RMW (PR)
Cause: Petition for Writ Of Habeas Corpus

**Filed**
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Represented By: Derran Smiley
F-28162
Salinas Valley State Prison
P.O. Box 1050
Soledad CA, 93960-1050
PRO-SE

I, petitioner Smiley is a state prisoner in this matter. More so, this court granted my motion to proceed in Forma Pauperis on 4-21-08. The court also ordered the respondant to show cause why a writ of habeas corpus should not be issued. However the respondant is yet to return a response. As this court stated in the order granting petitioner's motion, Liberally construed, petitioner's allegations are sufficient to require a response.
Petitioner request the court to consider his claims regarding his rights which was violated and upon the facts, grant petitioner's Writ Of Habeas Corpus.

"Respectfully Submitted"
Derran Smiley

Date: 6-26-08

Derran Smiley F-28162
C4/cell #108
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

**STATE PRISON GENERATED MAIL**

Office Of The Clerk U.S District Court
Northern District Of California
280 South First Street, Room 2112
San Jose, California 95113-3095

